# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DIRECTORS OF THE OHIO CONFERENCE OF PLASTERERS AND CEMENT MASONS COMBINED FUNDS, INC. | : : : : Case No. 3:18-cv-00121 |
| Plaintiffs, | : Judge Thomas M. Rose |
| v. | : |
| A TO Z PROPERTY MAINTENANCE LLC | : |
| Defendant. | : |

## ORDER STIPULATING A STAY OF PROCEEDINGS

For the reasons set forth in the Parties' Joint Motion for an Order Stipulating a Stay of Proceedings Pending the Completion of a Payroll Audit and for good cause shown, this matter is stayed until the conclusion of a payroll audit of Defendant's books and records. At that time, the parties will notify the Court of the conclusion of the audit and advise the Court whether they believe that a further stay is required. If so, the parties shall state the reasons for any further stay in their notice. Parties are ordered to file status reports every 45 days while the audit is pending.

IT IS SO ORDERED.

*s/Thomas M. Rose
_____
Thomas M. Rose,
United States District Court Judge